# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONALD E. MITCHELL, JR., | Case No. 2:17-cv-00686-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEVADA, et al., | |
| Defendants. | |

Presently before the court is the Attorney General's sealed submission (ECF No. 11), filed on July 12, 2018. The court ordered the Attorney General's Office to file under seal the last known address for those defendants for whom the Attorney General's Office cannot accept service. (Order (ECF No. 9).) Plaintiff is hereby noticed that the court is in receipt of the Attorney General's submission of the last known address of former corrections employee Anthony Warren. If plaintiff wishes to serve defendant Warren, plaintiff must file a motion requesting service and issuance of a summons. (*See* ECF No. 9.)

IT IS SO ORDERED.

DATED: July 24, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE