1

2

3       **UNITED STATES DISTRICT COURT**

4       **DISTRICT OF NEVADA**

5       * * *

6    DONALD E. MITCHELL, JR.,                    Case No. 2:17-cv-00686-APG-CWH

7              Plaintiff,
                                                 **ORDER**
8       v.

9    STATE OF NEVADA, et al.,

10             Defendants.

11

12          Presently before the court is pro se plaintiff Donald E. Mitchell, Jr.'s motion requesting

13   service and issuance of summons (ECF No. 13), filed on August 3, 2018.  Plaintiff moves the

14   court to issue summons to defendant Anthony Warren.

15          The court ordered the Attorney General to file notice advising the names of defendants for

16   whom it would and would not accept service of process.  (Order (ECF No. 9).)  The court ordered

17   plaintiff to file a motion identifying any unserved defendants, and requesting issuance of

18   summons.  (*Id.*)  The Attorney General filed notice, indicating that the Nevada Department of

19   Corrections would not accept service for defendant Anthony Warren.  (ECF No. 10.)  The

20   Attorney General has provided under seal Warren's last known address.  (ECF No. 11.)  The

21   court will therefore grant plaintiff's motion for issuance of summons.

22          IT IS THEREFORE ORDERED that plaintiff's motion for issuance of summons (ECF

23   No. 13) is GRANTED.

24          IT IS FURTHER ORDERED that the clerk of court must issue the summons under seal.

25          IT IS FURTHER ORDERED that the clerk shall send a copy of form USM-285 and a

26   copy of this order to plaintiff.

27          IT IS FURTHER ORDERED that plaintiff must complete the required portions of form

28   USM-285 and return it to the court no later than September 27, 2018.

IT IS FURTHER ORDERED that upon receipt of the USM-285 form, the clerk of court must complete the form with Anthony Warren's address and deliver summons, the USM-285 form, a copy of the complaint (ECF No. 4), and a copy of this order to the U.S. Marshal for service.

DATED: September 6, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE