# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD E. MITCHELL, JR., | Case No.: 2:17-cv-00686-APG-DJA |
| Plaintiff | **Order Referring Plaintiff to Pro Bono Program** |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendants | |

This case is referred to the Pro Bono Program (Program) adopted in General Order 2017-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for plaintiff Donald Mitchell, Jr. The scope of appointment will be for all purposes through the conclusion of trial. By referring this case to the Program, I am not expressing an opinion as to the merits of the case.

I THEREFORE ORDER this case referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

I FURTHER ORDER that the Clerk of Court forward this order to the Pro Bono Liaison.

DATED this 23rd day of October, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE