# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD E. MITCHELL, JR., | Case No.: 2:17-cv-00686-APG-DJA |
| Plaintiff | **Order Granting Motion to Dismiss** |
| v. | [ECF No. 53] |
| STATE OF NEVADA, et al., | |
| Defendants | |

I ORDER that plaintiff Donald Mitchell's motion to dismiss defendant Bruce Stroud **(ECF No. 53) is GRANTED**.

DATED this 8th day of November, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE