**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD E. MITCHELL, JR., | Case No.: 2:17-cv-0686-APG-DJA |
| Plaintiff | **Order for Status Report or Proposed Joint Pretrial Order** |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendants | |

The parties have not taken action in this case since the order on mandate dismissing the defendants' notice of appeal.  It appears from the pre-appeal status of the case that the proposed joint pretrial order on the remaining claim against defendants Alvarado and Knight is now due. *See* ECF No. 52.

I THEREFORE ORDER the parties to file a status report or a proposed joint pretrial order on the remaining claims by January 8, 2021.  The failure to do so will result in dismissal of this case.

DATED this 1st day of December, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE