AARON D. FORD
  Attorney General
KATLYN M. BRADY (Bar No. 14173)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
Email: katlynbrady@ag.nv.gov

*Attorneys for Defendants Carrie Alvarado,
Timothy Filson, Jerry Howell, Bianca Knight-Groover,
Dwight Neven, and Perry Russell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD E MITCHELL, JR., | Case No. 2:17-cv-00686-APG-DJA |
| Plaintiff, | |
| v. | **STIPULATION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION** |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | **(FIRST REQUEST)** |

Defendants Carrie Alvarado, Timothy Filson, Jerry Howell, Bianca Knight-Groover, Dwight Neven, and Perry Russell, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Katlyn M. Brady, Senior Deputy Attorney General, and Donald Mitchell, by and through counsel Diana Ebron and Karen Hanks, stipulate to a fourteen (14) day extension of time for Defendants to file an opposition to Plaintiff's motion for reconsideration. ECF No. 71.

Good cause for the extension exists based upon defense counsel's unusually heavy caseload. This caseload includes multiple dispositive motions and deposition preparation

///

for another matter. Accordingly, the parties agree to extend the deadline for Defendants' opposition from February 26, 2021, to March 12, 2021.

DATED this 26th day of February, 2021.    DATED this 26th day of February, 2021.

                                                    AARON D. FORD
                                                    Attorney General

By: /s/ Diana S. Ebron                     By: /s/ Katlyn M. Brady
    DIANA S. EBRON                          KATLYN M. BRADY (Bar No. 14173)
    Nevada Bar No. 10580                  Senior Deputy Attorney General
    KAREN L. HANKS                        *Attorneys for Defendants*
    Nevada Bar No. 9578
    *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

**DATE:** March 1, 2021

_____
**UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on February 26, 2021, I electronically filed the foregoing **STIPULATION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION (FIRST REQUEST)** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Diana S. Ebron, Esq.
Email:  diana@kgelegal.com
Karen L. Hanks, Esq.
Email:  karen@kgelegal.com
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
*Attorneys for Plaintiff*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General