DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Donald E. Mitchell, Jr.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD E. MITCHELL, JR, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF NEVADA, et al, <br><br> Defendants. | Case No.: 2:17-cv-00686-APG-DJA <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Karen L. Hanks, Esq. is no longer associated with the law firm of KIM GILBERT EBRON. KIM GILBERT EBRON requests that Ms. Hanks be removed from the service list.

…

…

…

…

…

…

…

- 1 -

Diana S. Ebron, Esq. continues to serve as pro bono counsel for Donald Mitchell. All pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Diana S. Ebron, Esq.

Dated this 12th day of August 2021.

**KIM GILBERT EBRON**

/s/Diana S. Ebron
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorney for Donald E. Mitchell, Jr.*

**ORDER**

**IT IS SO ORDERED.**

DATED: August 13, 2021

_____
Daniel J. Albregts
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of August 2021, pursuant to FRCP 5, I served via the CM-ECF electronic filing system the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** to the following parties:

**Katlyn Brady**
Nevada Office of the Attorney General
555 E. Washington Ave.
Las Vegas, NV 89101
702-486-0661
katlynbrady@ag.nv.gov

*/s/ Tiana Erb*
An employee of KIM GILBERT EBRON

- 3 -