# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Donald E. Mitchell, Jr., | Case No.: 2:17-cv-00686-APG-DJA |
| Plaintiff, | **Order Granting Motion to Stay** |
| v. | [ECF No. 92] |
| Alvarado, et al., | |
| Defendants. | |

I ORDER that plaintiff Donald E. Mitchell, Jr.'s unopposed motion to stay the case pending the global settlement conference **(ECF No. 92) is GRANTED.**

I FURTHER ORDER the parties to file a status report within 21 days after the global settlement conference.

DATED this 12th day of January, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE